# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH KERLIN, | No. 4:18-CV-00481 |
| Plaintiff, | (Judge Brann) |
| v. | |
| PHILIP HOWARD, KNIGHT TRANSPORTATION INC. | |
| Defendants. | |

## ORDER

**AND NOW**, this 24th day of August 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss, April 24, 2018, ECF No. 10, is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge