# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH KERLIN, | No. 4:18-CV-00481 |
| Plaintiff, | (Judge Brann) |
| v. | |
| PHILIP HOWARD and KNIGHT TRANSPORTATION INC., | |
| Defendant. | |

## ORDER

**AND NOW**, this 17th day of January 2020, in accordance with the accompanying Memorandum Opinion, upon consideration of Defendants' motion for sanctions (ECF No. 43) and affidavit of costs (ECF No. 61), and after holding a hearing at which Donna Pinter, Ph.D. testified, the motion is **GRANTED**. **IT IS HEREBY ORDERED** that:

1. Dr. Pinter is found in contempt;

2. Dr. Pinter is sanctioned the amount of $8,288.36 for defense counsel's costs and fees;

3. Dr. Pinter shall remit this amount ($8,288.36) to defense counsel within fourteen (14) days of the entry of this Order, as follows: Pion, Nerone, Girman, Winslow & Smith P.C., 420 Fort Duquesne Boulevard, Pittsburgh, Pennsylvania 15222;

4. Dr. Pinter is further sanctioned the amount of $1,274.40 for the costs incurred by the United States Marshals efforts to detain Dr. Pinter;

5. Dr. Pinter shall remit this amount ($1,274.40) to the Clerk of Court within fourteen (14) days of the entry of this Order, as follows: Clerk of Court, United States District Court for the Middle District of Pennsylvania, United States Courthouse and Federal Building, 240 West Third Street, Suite 218, Williamsport, Pennsylvania 17701.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge